AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

LYNDA L. WYNIA,

        Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, INC.,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5051-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and Defendant consistent with the Court's Order entered on July 15, 2010, Ct Rec 55.

July 15, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas